The People of the State of Illinois, defendant in error, v. Charles Morris, plaintiff in error. Gen. No. 7,449.

Prosecution for violation of liquor law. Defendant convicted. Error to the County Court of Bureau county; the Hon. James R. Pritchard, Judge, presiding. Heard in this court at the April term, 1925. Reversed and cause remanded. Opinion filed May 20, 1925. Rehearing denied September 26, 1925.

Joseph T. Skinner and J. L. Spaulding, for plaintiff in error. Carey R. Johnson, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

---

Anthony Dudas, appellant, v. W. H. Morlock, appellee. Gen. No. 7,429.

Action for personal injury and for damage to automobile in collision with defendant's car. Judgment for defendant. Appeal from the City Court of Aurora; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed May 22, 1925.

Fred B. Shearer and Harvey Gunsul, for appellant; Charles B. Dickerson, of counsel. Hugh O'Neill, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

A. Provenzano, appellee, v. Rock Falls Manufacturing Company, appellant. Gen. No. 7,480.

Appeal from the City Court of Sterling; the Hon. I. L. Weaver, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded on opinion in *Lurie v. Rock Falls Mfg. Co.*, 237 Ill. App. 334. Opinion filed June 1, 1925.

Carl E. Sheldon, for appellant. J. J. Ludens, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Peter Troy et al. Martin Chiado, plaintiff in error. Gen. No. 7,386.

Prosecution for violation of liquor law. Defendant convicted. Error to the County Court of Bureau county; the Hon. James R. Pritchard, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed June 1, 1925.

Paul D. Perona, for plaintiff in error. Carey R. Johnson, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.